Michael Campbell #29145
500 Folar Trial
N. Prince George VA
    23860

RICHMOND VA RPDC 230
18 JUN 2024 PM 3 L

U.S. MARSHALS INSPECTED

Legal Mail

Clerk of:
United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond Virginia 23219-3528

23219-352899